UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOPE SPRINGS PARTNERS, LLC | ) Case No. 10-_____ |
| Debtor. | ) |

### LIST OF EQUITY SECURITY HOLDERS

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Hope Springs Partners, LLC | LIP Investment, LLC | 11595 N. Meridian Street Carmel, IN 46038 | 100% |

### DECLARATION UNDER PENALTY OF PERJURY

I, Robert L. Lauth, Jr., the undersigned authorized officer of Hope Springs Partners, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: November __, 2010

_____
Signature

Robert L. Lauth, Jr.
Name


Chairman and Chief Executive Officer
Title

K&E 18017319.1